IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ENRIQUE CARDONA                        §
                                       §
            Petitioner,                §
                                       §
VS.                                    §
                                       §        NO. 3-08-CV-1340-K
NATHANIEL QUARTERMAN, Director §
Texas Department of Criminal Justice,  §
Correctional Institutions Division     §
                                       §
            Respondent.                §

## ORDER

After conducting a review of the pleadings, files and records in this case, and the

Findings and Recommendation of the United States Magistrate Judge in accordance with

28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of

the Magistrate Judge are correct and they are hereby accepted as the Findings of the

Court. The application to proceed *in forma pauperis* [Doc. #8] is denied. Petitioner is

ordered to pay the statutory filing fee within 20 days after this recommendation is

adopted by the district judge. If he fails to do so, this case will be dismissed without

further notice.

SO ORDERED.

Signed this 25th day of September, 2008.

*Ed Kinkeade*
_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE